**Order entered October 12, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00786-CV

**AHMED ZIDAN, Appellant**

**V.**

**ALEXANDER ZIDAN F/K/A MOHAMMED ZIDAN, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02708-2018**

### ORDER

Before the Court is appellant's October 9, 2020 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **November 23, 2020**. We caution appellant that further requests for extension in this accelerated appeal will be disfavored.

/s/     BILL WHITEHILL
JUSTICE